UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-61610-BLOOM

DYNZA MACKEY,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

**THIS CAUSE** is before the Court upon *pro se* Petitioner's Motion to Appoint Counsel, ECF No. [32] ("Motion"). The Motion requests that this Court appoint Petitioner an attorney due to his current state of confinement, his limited access to legal materials, and the possibility that some of his claims may be redundant. *Id.* at 1. The Court has carefully reviewed the Motion, the record in this case, and the applicable law, and is otherwise fully advised.

A plaintiff has no constitutional right to counsel in a civil case, and the decision to appoint counsel is within the Court's discretion. *Suggs v. United States*, 199 F. App'x 804, 807 (11th Cir. 2006). Indeed, counsel should only be appointed in "exceptional circumstances." *Id.* (citing *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992)). Exceptional circumstances exist when there are "facts and legal issues which are so novel or complex as to require the assistance of a trained practitioner." *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993) (quoting *Poole v. Lambert*, 819 F.2d 1025,1028 (11th Cir. 1987)) (quotations and alteration omitted). "The key is whether the *pro se* litigant needs help in presenting the essential merits of his or her position to the court." *Suggs*, 199 F. App'x at 807 (quoting *Kilgo*, 983 F.2d at 193).

Case No. 20-cv-61610-BLOOM

After reviewing the record in this case, the Court does not find this case presents such exceptional circumstances that counsel should be appointed. Nevertheless, Petitioner may request a referral to the Volunteer Attorney Program, where a volunteer attorney may accept the representation on a *pro bono* basis, if they so desire.

Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion, **ECF No. [32]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 24, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Dynza Mackey
19578-104
Moshannon Valley
Correctional Institution
Inmate Mail/Parcels
555 Geo Drive
Philipsburg, PA 16866